IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIANA A. RIOS,

    Plaintiff,                      No. 2:09-cv-2447 MCE JFM

    vs.

EMC MORTGAGE CORP., et al.,

    Defendants.                  <u>ORDER</u>

_____/

        The undersigned hereby recuses himself from this action pursuant to 28 U.S.C. § 455 (a). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly refer this case to another magistrate judge for any further proceedings which may be appropriate or required. All dates set in the above-entitled action before the undersigned are hereby vacated.

DATED: September 8, 2009.

                                          UNITED STATES MAGISTRATE JUDGE

/001; rios.rec