TRIAL & TECHNOLOGY LAW GROUP
A PROFESSIONAL CORPORATION
ROBERT A. SPANNER (SBN 60308)
ras@techtriallaw.com
SUSAN KALRA (SBN 167940)
sqk@techtriallaw.com
545 MIDDLEFIELD ROAD, SUITE 220
MENLO PARK, CA 94025
PHONE: (650) 324-2223
FAX: (650) 324-0178

Attorney for Plaintiff
DIANA RIOS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA A. RIOS,<br><br>　　　　Plaintiff,<br>v.<br><br>EMC MORTGAGE CORPORATION, *et al.*,<br><br>　　　　Defendants.<br>_____/ | CASE NO.  09-cv-02447-MCE-JFM<br><br>**JUDGE:** Hon. Morrison C. England, Jr.<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO DISMISS** |

　　　　Plaintiff DIANA A. RIOS and Defendants EMC MORTGAGE CORPORATION, WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., GREENPOINT MTA TRUST 2005-AR5, MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2005-AR5 erroneously sued as WELLS FARGO BANK NA, JPMORGAN CHASE BANK, N.A., erroneously sued as JP MORGAN CHASE, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (collectively, "Defendants") by and through their respective counsel, stipulate and agree as follows:

　　　　WHEREAS Plaintiff filed her Complaint on August 29, 2009;

　　　　WHEREAS on September 23, 2009 Defendants filed their Motion to Dismiss the Complaint for Failure to State a Claim;

WHEREAS the hearing on Defendants' Motion to Dismiss is presently scheduled for November 12, 2009;

WHEREAS Plaintiff's opposition to Defendants' Motion to Dismiss is presently due October 29, 2009;

The parties hereto, by and through their counsel, stipulate and agree as follows:

1. The hearing on Defendants' Motion to Dismiss shall be continued to December 3, 2009 at 2:00 p.m., or as soon thereafter as is convenient to the Court;

2. Plaintiff's opposition shall be filed and served by November 18, 2009;

3. Defendants' reply shall be filed and served by November 25, 2009; and

4. Plaintiff shall mail a copy of this Stipulation and Order to the remaining defendants.

Dated: _____     TRIAL & TECHNOLOGY LAW GROUP

By: _____
    Susan Kalra

Dated: _____     ADORNO YOSS ALVARADO & SMITH

By: _____
    Macey Chan

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 28, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE