RONALD M. ARLAS, ESQ. #59091
ARLAS & SMITHTON
1100 Larkspur Landing Circle, Suite 360
Larkspur, CA 94939
(415) 925-3807; Fax (415) 925-3860
Ron.arlas@greenpoint.com

EDWARD R. BUELL, ESQ. #240494
GREENPOINT MORTGAGE FUNDING, INC.
1100 Larkspur Landing Circle, Suite 360
Larkspur, Ca. 94939
(415) 925-3810; Fax (415) 925-3861
Ted.buell@greenpoint.com

Attorneys for Defendant GREENPOINT MORTGAGE FUNDING, INC.

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

DIANA RIOS,
Plaintiff,
vs.
EMC MORTGAGE, et al.,
Defendants.

Case No. 2:09-cv-02447-MCE-JFM

ORDER ALLOWING COUNSEL FOR DEFENDANT GREENPOINT MORTGAGE FUNDING, INC. TO TELEPHONICALLY ATTEND MOTION TO DISMISS [FRCP 12(b)(6)]

Date: 2/11/2010

Time: 2:00 p.m.

Place: Dept. 7, 14th Floor

Pursuant to the written request by counsel for defendant GREENPOINT MORTGAGE FUDNING, INC to telephonically attend his Motion to Dismiss, set for 12/03/2009, this Court hereby grants such request.

DATED: November 9, 2009

MORRISON C. ENGLAND, JR

UNITED STATES DISTRICT JUDGE