RONALD M. ARLAS, ESQ. #59091
ARLAS & SMITHTON
1100 Larkspur Landing Circle, Suite 360
Larkspur, CA 94939
(415) 925-3807; Fax (415) 925-3860
Ron.arlas@greenpoint.com

EDWARD R. BUELL, ESQ. #240494
GREENPOINT MORTGAGE FUNDING, INC.
1100 Larkspur Landing Circle, Suite 360
Larkspur, Ca. 94939
(415) 925-3810; Fax (415) 925-3861
Ted.buell@greenpoint.com

Attorneys for Defendant GREENPOINT MORTGAGE FUNDING, INC.

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA RIOS,<br>      Plaintiff,<br>   v.<br>EMC MORTGAGE, et al.,<br>      Defendants. | Case No. 2:09-cv-02447-MCE-JFM<br><br>ORDER ALLOWING COUNSEL FOR DEFENDANT GREENPOINT MORTGAGE FUNDING, INC. TO TELEPHONICALLY ATTEND MOTION TO DISMISS [FRCP 12(b)(6)] |

   Pursuant to the written request by counsel for defendant GREENPOINT MORTGAGE FUDNING, INC to telephonically attend his Motion to Dismiss, set for 2/12/2010, this Court hereby grants such request.

DATED: December 23, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE