```
1  TRIAL & TECHNOLOGY LAW GROUP
   A PROFESSIONAL CORPORATION
2  ROBERT A. SPANNER SBN 60308
   SUSAN KALRA SBN 167940
3  3723 HAVEN AVENUE, SUITE 132
   MENLO PARK, CA 94025
4  PHONE: (650) 324-2223
   FAX: (650) 324-0178
5  email - ras@techtriallaw.com
            sqk@techtriallaw.com
6  Attorney for Plaintiff
   DIANA RIOS
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA A. RIOS, | CASE NO. 09-CV-02447 MCE KJN |
| Plaintiff,<br>v.<br>EMC MORTGAGE CORPORATION, *et al.*,<br>Defendants.<br>_____/ | **STIPULATION AND ORDER RE PLAINTIFF'S VOLUNTARY DISMISSAL OF DEFENDANTS EMC MORTGAGE CORPORATION, WELLS FARGO BANK, N.A., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AND JP MORGAN CHASE BANK**<br><br>(F.R. Civ. P. 41(a)(1)(A)(ii)) |

Plaintiff DIANA RIOS and Defendants EMC MORTGAGE CORPORATION, WELLS FARGO BANK, N.A., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and JP MORGAN CHASE BANK, N.A., by and through their respective counsel, hereby stipulate and agree that the above-captioned action is voluntarily dismissed without prejudice against the foregoing Defendants, pursuant to F.R. Civ. P. 41(a)(1)(A)(ii).

This Stipulation is being filed with the Court before service by any defendant of an answer or a motion for summary judgment.

```
Dated: February 24, 2010        TRIAL & TECHNOLOGY LAW GROUP
                                A Professional Corporation
                                Attorneys for Plaintiff
                                DIANA RIOS


                                By: /s/ Susan Kalra
```

---

Stip. of Dismissal –                         1
Case No. 2:09-CV-02447-MCE-KJM

| | | |
|---|---|---|
| 1 | Dated: February 24, 2010 | ADORNO YOSS ALVARADO & SMITH |
| 2 | | A Professional Corporation<br>Attorneys for Defendants |
| 3 | | EMC MORTGAGE CORPORATION, WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF STRUCTURED ASSET MORTGAGE |
| 4 | | INVESTMENTS II, INC., GREENPOINT MTA TRUST 2005-AR5, MORTGAGE PASSTHROUGH |
| 5 | | CERTIFICATES, SERIES 2005-AR5 erroneously sued as WELLS FARGO BANK NA, JPMORGAN CHASE |
| 6 | | BANK, N.A., erroneously sued as JP MORGAN CHASE, and MORTGAGE ELECTRONIC REGISTRATION |
| 7 | | SYSTEMS, INC |

By:  /s/ S. Christopher Yoo

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.  As there are no Defendants remaining in the case, the Clerk is directed to close the file.

Dated:  February 26, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stip. of Dismissal –                                                2
Case No. 2:09-CV-02447-MCE-KJM